**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1416**

BERNARD BRIGHT,

    Petitioner - Appellant,

   v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; QUINCY'S FAMILY
STEAKHOUSE; PALMER WORK RELEASE CENTER,

    Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., Chief
District Judge.  (3:07-cv-00214-JFA)

Submitted: August 20, 2009   Decided: August 24, 2009

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bernard Bright, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard Bright appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying his request for a refund of the filing fee.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Bright v. S.C. Dep't of Corr., No. 3:07-cv-00214-JFA (D.S.C. Apr. 20, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED